In the Matter of JAHMIL WALDEN, Respondent, v GAYLENE HOSKINS, Appellant. (Proceeding No. 1.) In the Matter of GAYLENE HOSKINS, Appellant, v JAHMIL WALDEN, Respondent. (Proceeding No. 2.) [54 NYS3d 311]—

Appeal from an order of the Family Court, Queens County (Connie Gonzalez, J.), dated September 6, 2016. The order, insofar as appealed from, only awarded the mother "weekend overnight visits" with the subject child every other weekend.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

In this custody proceeding, the parties agreed to an award of joint legal custody of the subject child, with sole physical custody to the father. However, the parties were unable to reach an agreement as to whether the mother was entitled to "weekend overnight visits" with the child every weekend, as she sought, or every other weekend. In an order dated September 6, 2016, the Family Court, among other things, awarded the mother "weekend overnight visits" with the child every other weekend. The mother appeals from so much of the

order as limited her to "weekend overnight visits" every other weekend.

"The determination of visitation issues is entrusted to the sound discretion of the Family Court and will not be disturbed unless it lacks a sound and substantial basis in the record" (*Matter of Pagan v Gray*, 148 AD3d 811, 812 [2017]). Here, the Family Court's determination to limit the mother's "weekend overnight visits" with the child to every other weekend was supported by a sound and substantial basis in the record, as the mother's request for overnight visits every weekend would deprive the father of significant quality time with the child (*see Matter of Razdan v Mendoza-Pautrat*, 137 AD3d 1149, 1150 [2016]).

The mother's remaining contentions are without merit.

Accordingly, the Family Court providently exercised its discretion in awarding the mother "weekend overnight visits" with the child every other weekend. Eng, P.J., Leventhal, Sgroi and Maltese, JJ., concur.